February 7, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ZIAD ELAAZAMI, Appellant

NO. 14-11-00120-CV             V.

LAWLER FOODS, LTD., Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Lawler Foods, Ltd., signed November 19, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for entry of a judgment consistent with the jury's verdict and for a determination of attorney's fees.

We order appellee, Lawler Foods, Ltd., to pay all costs incurred in this appeal. We further order this decision certified below for observance.